Stuart W. Price (SBN: 125918)
  swprice@bryancave.com
Shalem A. Massey (SBN: 143281)
  shalem.massey@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
(erroneously sued as Countrywide Home Loans)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RANDY ALTARES; CHERRY ALTARES, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTRYWIDE HOME LOANS; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. SACV09-714 CJC (RNBx) <br><br> Judge Cormac J. Carney <br> Dept 9B <br><br> **[PROPOSED] ENTRY OF JUDGMENT OF DISMISSAL** |

1  Having reviewed the Court's docket and the papers on file in the above-
2  captioned matter, the Court finds the following:

3  1.  On April 22, 2009, Plaintiffs Randy Altares and Cherry Altares
4  ("Plaintiffs") filed the instant action against Defendant Countrywide Home Loans,
5  Inc. ("Defendant")

6  2.  On June 17, 2009, Defendant timely removed the action from the
7  Superior Court for the County of Orange to this Court.

8  3.  On June 24, 2009, Defendant filed a motion to dismiss each of the
9  causes of action asserted in Plaintiffs' Complaint based on the uncertainty of the
10 claims and Plaintiffs' failure to state a valid cause of action.

11 4.  The motion to dismiss was decided on September 16, 2009.  The Court
12 granted Defendant's unopposed motion to dismiss with leave to amend within 20
13 days.  The Court's order provided that Plaintiff was required to file an amended
14 complaint by October 7, 2009.

15 5.  Plaintiffs failed to file an amended complaint by October 7, 2009.

16 Accordingly, for the reasons set forth above, IT IS ORDERED, ADJUDGED
17 AND DECREED as follows:

18 That this action is hereby dismissed, with prejudice.

Dated: October 30, 2009

_____
Hon. Cormac J. Carney
District Court Judge
United States District Court
Central District of California

IR01DOCS422571.1

1

Case No. SACV09-714 CJC (RNBx)

[PROPOSED] ENTRY OF JUDGMENT OF DISMISSAL